IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LATINI SWIFT, | ) | 8:14CV421 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN DOES, OMAHA POLICE, | ) | |
| and KYLER, | ) | |
| | ) | |
| Defendants. | ) | |

On April 7, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 8th day of June, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge